JoNATHAN H. DAVIS,                          CASE:1:25-CV-00022-SM-AJ

     PETITIONER,

    V.                                      JUDGE(S):_____

WARDEN, FCI BERLIN,                         MOTION FOR STAY OF ACTION
                                             PENDING OUTCOME OF REVIEW
      _____RESPONDENT./                 OF PETITIONER'S PSR
                                             INFORMATION PER BOP.

## MOTION FOR STAY OF ACTION PENDING THE OUTCOME OF BOP's REVIEW OF PETITIONER'S PSR INFORMATION

**RELIEF SOUGHT:**

Petitioner, Mr. JoNathan H. Davis, request that this Court stay all proceedings in this action pending the "Outcome of the internal BOP review of Petitioner's PSR", as stated in the Declaration of FMC Devens, Legal Assistant at the Consolidated Legal Center, who is currently handling the litigation that originated from FCI Berlin. In the Declaration paragraph 12 it clearly states, "This internal review by BOP is not yet complete. IF BOP determines that the conviction set forth in paragraph 64 was improperly scored, it WILL correct Petitioner's inmate file accordingly."

Grounds for Motion:

The Ground for this Motion are that:

1. The Respondent seeks Summary Judgement in this matter prematurely. The Respondent has not finalized the review and admits to such yet, in the same breath is asserting that there is no reason to proceed with this Action. Petitioner states, to the contrary, that Petitioner can not yet determine whether Petitioner is satisfied or dissatisfied with the outcome due to there not being a defined outcome. In order to prevent a re-litigation by conceeding to this one before the review has taken it s full course Petitioner ask this Court to hold any further decision in abeyance until there is a proper response from the BOP. This will allow Petitioner full opportunity to make an informed decision.

2. The Respondent is seeking Summary Judgement through the use of presenting a Procedural Default Argument that Petitioner did not exhaust the Administrative Remedies. This argument falls flat due to the Probation Department asserting that it was without any authority to make any changes to the PSR without and order from the Court. There would have been an exercise in futility to seek relief from within the institution, region, or central office for a document that was written by a entirely different agency outside of the BOP's authority. Therefore, the only administrative remedy was to seek the assistance of the Unit team in contacting the Probation Office as Petitioner did and has submitted the reply e-mail to show the exhaustion of that process.

THEREFORE, Petitioner humbly ask that this Proceeding be Stayed any further action and held in abeyance until the review of the BOP is completed and at that time the Petitioner will make an informed decision and the entire action may very well become moot or it may result in a ongoing controversy that requires additional action by this Honorable Court.

Date: August 04, 2025

Respectfully Submitted,

Mr. JoNathan H. Davis

CERTIFICATE OF SERVICE
    I, Mr. JoNathan H. Davis, hereby swear under penalty of perjury that the following information is true and correct to the best of my knowledge. I am ready, willing and able to testify at a hearing to the words expressed in this Motion if need arises. I have enclosed a copy to the Clerk of the Court and all other parties are hereby served ECF.

Mr. JoNathan H. Davis
Reg. No. 16126-040
FCI Berlin
P.O. BOX 9000
Berlin, Nh 03570

Mr. Jonathan H. Davis
Reg. No. 16126-040
Federal Correctional Institution Berlin
P.O. Box 9000
Berlin, NH 03570

WHITE RIV JCT VT 050

6 AUG 2025 AM 2 L

Clerk of The Court
United States District Court
New Hampshire
55 Pleasant St. Rm 110
Concord, New Hampshire 03301-3941

03301-394135

FCI BERLIN
P.O. BOX 69 BERLIN, NH 03570
DATE: **8/5/25**

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee please return the enclosed to the above address."