November 04, 2025

Clerk of Court
c/o Ms. Tracy A. Uhrin
55 Pleasant Street, Room 110
Concord, NH 03570

Mr. Jonathan K. Davis
P.O. Box 9000
Berlin, NH 03570

RE: 1:25-CV-00022-SM-AS

Greetings,

I am contacting the court with intentions on concluding these proceedings as I have received verification that the respondent (BOP) has reviewed the claims in controversy and agreed that the petitioner Jonathan K. Davis was in fact correct. I have verification of this due to my case manager Ms. Shuler providing me with both an updated male custody classification form and a FSA recidivism risk assessment and they both have been properly scored as well. Thus, I am satisfied with the outcome of this proceeding and consider that the court be released from any further obligation.

I foremost thank all parties for their time, consideration, and professionalism in this matter.

With Respect,
Mr. Jonathan K. Davis
Mr. Jonathan K. Davis

Mr. Jeremiah W. Davis
Reg. No. #16120-XXX
Federal Correctional Institution Berlin
P.O. Box 9000
Berlin, NH 03570

United States District Court
c/o Tracy A. Uhrin
Clerk of Court
55 Pleasant Street, Room ...
Concord, NH 03301-3941

LEGAL MAIL NOV. 04 2025