UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JONATHAN H. DAVIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 25-cv-00022-SM-TSM |
| Warden, FCI Berlin, | ) |
| Respondent. | ) |

**STATUS REPORT**

In accordance with the Court's order of October 9, 2025, directing Respondent to file a status report on its review of Petitioner's claims within 60 days, Respondent submits that it has completed its review and resolved Petitioner's claims to Petitioner's satisfaction. *See* Petitioner's Status Report, DN 11. Respondent concurs with the Magistrate Judge's Report and Recommendation that the Petition may be dismissed.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: December 4, 2025

/s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney
NH Bar #272495
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
kasey.weiland2@usdoj.gov

1